FILED

11/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0420

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0420

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

GERALD COOPER SCHWEGEL,

     Defendant and Appellant.

O R D E R

_____

The record was filed for purposes of this appeal on October 4, 2021. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 15, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to Appellant Gerald Cooper Schwegel and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2021